IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      : | |
| Plaintiff,      : | |
| : | CRIMINAL ACTION NO. |
| v.      : | 1:14-cr-0024-AT-JFK |
| : | |
| ISAIAH JERNIGAN, MARIE ST. VIL,      : | |
| and BRIANNE MARCELIN,      : | |
| : | |
| Defendants. | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Isaiah Jernigan's motions to dismiss the indictment and motions to suppress photographic identifications [Doc. 67]. The Magistrate Judge recommends that this Court deny Defendant's motions.

The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the

Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant Jernigan's motions to dismiss the indictment and to suppress photographic identification [Docs. 51, 53, and 58].

This case has been certified ready for trial as to Defendant's Jernigan, Marie St. Vil, and Brianne Marcelin.[1] Accordingly, trial in this matter is hereby set for Monday, June 1, 2015, at 9:30 AM in Courtroom 2308. The pretrial conference will be held Wednesday, May 27, 2015, at 2:30 PM. By Thursday, May 7, 2015, the parties are to file the following: motions in limine and proposed voir dire questions. By Thursday, May 7, 2015, the Government must file a brief summary of the indictment that the parties can rely on for voir dire. By Thursday, May 21, 2015, the parties are to file any objections to those items listed above.

It is so **ORDERED** this 10 day of April, 2015.

Amy Totenberg
United States District Judge

---

[1] Co-defendant Darren Williamson remains a fugitive.

2